1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   SUZANNE M. DeBERRY (CABN 259455)
    Special Assistant United States Attorney
5       150 South Almaden Boulevard, Suite 900
        San Jose, California 95113
6       Telephone: (408) 535-5588
        Facsimile: (408) 535-5066
7       suzanne.deberry2@usdoj.gov

8   Attorneys for the United States

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION
12

13
    UNITED STATES OF AMERICA,        )   No.   CR 09-00580 JW
14                                    )
            Plaintiff,                )   STIPULATION AND [PROPOSED]
15                                    )   ORDER CONTINUING HEARING FROM
         v.                           )   APRIL 18, 2011 TO MAY 16, 2011 AND
16                                    )   EXCLUDING TIME FROM THE SPEEDY
    CHRISTINA AVILA-SOTO,             )   TRIAL ACT CALCULATION
17                                    )
            Defendant.                )
18                                    )
                                      )
19  _____)

20          The Parties, Christina Avila-Soto and the United States, acting through respective

21  counsel, hereby stipulate, subject to the Court's approval, that the hearing currently set for April

22  18, 2011 at 1:30 p.m. be vacated, and that the hearing be re-set for May 16, 2011 at 1:30pm.  The

23  government is requesting the continuance of the hearing due to a scheduling conflict and the need

24  to jointly negotiate a resolution in this matter.

25          The parties stipulate that the time between April 18, 2011 and May 16, 2011 is excluded

26  under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested

27  continuance would unreasonably deny counsel reasonable time necessary for effective

28  preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the

                                         1

ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: April 7, 2011               MELINDA HAAG
United States Attorney


/s/
SUZANNE DeBERRY
Assistant United States Attorney


/s/
VARELL L. FULLER
Attorney for Defendant

2

1

**[PROPOSED] ORDER**

2       Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

3   ORDERS that the hearing in this matter previously set for April 18. 2011 at 1:30 p.m. is vacated,

4   and the matter is continued to May 16, 2011 at 1:30pm.  Further, the Court ORDERS that the

5   time between April 18, 2011 and May 16, 2011 is excluded under the Speedy Trial Act, 18

6   U.S.C. §3161.  The court finds that the failure to grant the requested continuance would

7   unreasonably deny counsel reasonable time necessary for effective preparation, taking into

8   account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice

9   served by granting the requested continuance outweigh the best interest of the public and the

10   defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore

11   concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and

12   (B)(iv).

13

14   IT IS SO ORDERED.

15   DATED: April 14, 2011

16   JAMES WARE

    UNITED STATES DISTRICT COURTCHIEF JUDGE

17

18

19

20

21

22

23

24

25

26

27

28