MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUZANNE M. DeBERRY (CABN 259455)
Special Assistant United States Attorney
   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5588
   Facsimile: (408) 535-5066
   suzanne.deberry2@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHRISTINA AVILA-SOTO, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No.  CR 09-00580 EJD <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING FROM JUNE 20, 2011 TO JUNE 27, 2011 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION |

     The Parties, Christina Avila-Soto and the United States, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the hearing currently set for June 20, 2011 at 1:30 p.m. be vacated, and that the hearing be re-set for June 27, 2011 at 1:30 p.m. The government is requesting the continuance of the hearing because government counsel will be unavailable during that time.

     The parties stipulate that the time between June 20, 2011 and June 27, 2011 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny the government continuity of counsel.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of

1 | criminal cases.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

2 |

3 | DATED: June 13, 2011                              MELINDA HAAG
                                                      United States Attorney
4 |

5 |                                                   ___/s/_____
                                                      SUZANNE DeBERRY
6 |                                                   Special Assistant United States Attorney

7 |

8 |                                                   _____
                                                      VARELL L. FULLER
9 |                                                   Attorney for Defendant

**[PROPOSED] ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for June 20, 2011 at 1:30 p.m. is vacated, and the matter is continued to June 27, 2011 at 1:30pm.  Further, the Court ORDERS that the time between June 20, 2011 and June 27, 2011 is excluded under the Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance would unreasonably deny the government continuity of counsel.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: June 14, 2011

_____
EDWARD J. DAVILA
UNITED STATES DISTRICT COURT JUDGE